AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Whitney Adams individually, as legal guardian for minors C.R. and C.R., and on behalf of all others similarly situated <br> *Plaintiff* <br> v. <br> State Farm Mutual Automobile Insurance Company <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No.   4:24-cv-04643-SAL <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✔ other: This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✔ decided by the Honorable Sherri A. Lydon, United States District Court, who grants Defendant's Motion to Dismiss.

Date:   April 30, 2025

*CLERK OF COURT*

s/L. Gibbons

*Signature of Clerk or Deputy Clerk*